UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALEMON VASQUEZ MALDONADO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:14-cv-00627 - JLT<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

On March 20, 2014, Plaintiff Palemon Vazquez Maldonado and Defendant Carolyn Colvin, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's $3,175 in fees pursuant 28 U.S.C. §§2412(d) and $400 for expenses pursuant to 28 U.S.C. §1920. (Doc. 17)

Accordingly, subject to the terms of the parties' stipulation, **IT IS HEREBY ORDERED**:

1. Fees and costs in the amount of $3,575.00 are **AWARDED** to Palemon Vazquez Maldonado; and

2. Plaintiff's motion for attorney fees (Doc. 16) is **TERMINATED as MOOT**.

IT IS SO ORDERED.

Dated: __July 24, 2015__     　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1