# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALEMON VASQUEZ MALDONADO,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL[1],<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 1:14-cv-0627 - JLT<br><br>ORDER SETTING A BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR ATTORNEY FEES<br><br>(Doc. 19) |

On August 22, 2018, Steven Rosales, counsel for Plaintiff, filed a motion for attorney fees pursuant to the Equal Access to Justice Act. (Doc. 19) Mr. Rosales informed Plaintiff he had fourteen days from the date of service of the motion to file a response with the Court. (*See id.* at 2) However, a briefing schedule was not set by the Court. Therefore, the Court **ORDERS**:

1. Any opposition to the motion, or a notice of non-opposition, **SHALL** be filed no later than **September 14, 2018**; and

2. Any brief in reply **SHALL** be filed no later than **September 21, 2018**.

IT IS SO ORDERED.

Dated: __August 31, 2018__                    __/s/ Jennifer L. Thurston__
                                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Nancy A. Berryhill for her predecessor, Carolyn W. Colvin, as the defendant in this action.

1